**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Elvin Wood PIZZATY, Defendant–
Appellant.**

**No. 15–10542
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

April 12, 2016.

Roberta Josephina Bodnar, U.S. Attorney's Office, Orlando, FL, Arthur Lee Bentley, III, Patrick Scruggs, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Mark J. O'Brien, O'Brien Hatfield, PA, Tampa, FL, for Defendant–Appellant.

Before WILLIAM PRYOR, JULIE CARNES and JILL PRYOR, Circuit Judges.

PER CURIAM:

Mark O'Brien, appointed counsel for Elvin Pizzaty in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Pizzaty's convictions and sentences are **AFFIRMED.**